

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00132-CV

| | | |
|---|---|---|
| THOMAS WAYNE EVANS, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (187,526-B) |
| V. | | |
| | § | April 9, 2020 |
| SANDRA LYNN EVANS, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment only as to the amount of spousal maintenance and remand this case to the trial court for a new trial solely on the amount of spousal maintenance to be awarded. We affirm the judgment of the trial court in all other respects.

It is further ordered that the parties shall bear their costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack